IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| 38 STUDIOS, LLC, et al.,[1] | : | Case No. 12-11743 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## STATUS REPORT OF CHAPTER 7 TRUSTEE

Jeoffrey L. Burtch, as trustee (the "Trustee") for the above-captioned Chapter 7 estates (the "Estates"), hereby provides this Status Report.

**A.  Status of Major Asset Sales**

Completed.

**B.  Status of Plan Negotiations/Preparations/Confirmation**

Not applicable to this Chapter 7 case.

**C.  Status of Major Litigation**

Completed.

**D.  Status of Chapter 5 Causes of Action**

No Chapter 5 Causes of Action are pending.

**E.  Status of Open Adversary Proceedings**

All adversary proceedings have been closed.

**F.  Status of Case Administration**

The Trustee's accountants are preparing estate tax returns. The Trustee's claims review and reconciliation process has been completed and the administration of the Estates is near completion.

---

[1] The Debtors in these proceedings are: 38 Studios, LLC; 38 Studios Baltimore, LLC; Mercury Project, LLC; and Precision Jobs, LLC. The cases of Mercury Project, LLC and Precision Jobs, LLC have been closed by the Clerk of Court.

## G. Matters Awaiting Court Disposition

On June 28, 2018, the Trustee filed a motion to retain Master, Sidlow & Associates, P.A. as replacement accountants, *nunc pro tunc* to May 24, 2018. D.I. 293. The deadline for objections to the motion is July 12, 2018. The motion is set to be heard by the Court on August 1, 2018.

Dated: June 28, 2018

COZEN O'CONNOR

/s/ Gregory F. Fischer
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com
gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*