IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| 38 STUDIOS, LLC, *et al.*,[1] | : | Case No. 12-11743 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### STATUS REPORT OF CHAPTER 7 TRUSTEE

Jeoffrey L. Burtch, as trustee (the "Trustee") for the above-captioned Chapter 7 estates (the "Estates"), hereby provides this Status Report.

**A.     Status of Major Asset Sales**

Not applicable to these cases; substantially all assets were relinquished and/or abandoned to the secured lienholders at the beginning of the Trustee's administration. D.I. 47, 78.

**B.     Status of Plan Negotiations/Preparations/Confirmation**

Not applicable to this Chapter 7 case.

**C.     Status of Major Litigation**

No litigation is pending.

**D.     Status of Chapter 5 Causes of Action**

No Chapter 5 Causes of Action are pending.

**E.     Status of Open Adversary Proceedings**

All adversary proceedings have been closed.

---

[1] The Debtors in these proceedings are: 38 Studios, LLC; 38 Studios Baltimore, LLC; Mercury Project, LLC; and Precision Jobs, LLC.  The cases of Mercury Project, LLC and Precision Jobs, LLC have been closed by the Clerk of Court.

F.   **Status of Case Administration**

The Trustee's accountants are finalizing Estate tax returns. The Trustee is simultaneously preparing his final report for submission to the Office of the United States Trustee.

G.   **Matters Awaiting Court Disposition**

None.

Dated:  July 1, 2019                             COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*