**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| In re: | 38 STUDIOS, LLC | § | Case No. 12-11743-MFW |
| | | § | |
| | | § | |
| Debtor | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JEOFFREY L. BURTCH, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00PM on 07/28/2021 in Courtroom 4, United States Courthouse Courthouse, 824 Market Street, 5th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/17/2021            By:    /s/JEOFFREY L. BURTCH, TRUSTEE
                                                    Trustee

JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE 19899-0549
(302) 472-7424

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: 38 STUDIOS, LLC                              §    Case No. 12-11743-MFW
                                                   §
                                                   §
                                                   §
        Debtor(s)                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*              $        992,794.64

*and approved disbursements of*                   $        787,693.79

*leaving a balance on hand of* [1]                $        205,100.85

**Balance on hand:**                              $        205,100.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 152S | Empire LaSalle LLC | 2,060,241.00 | 0.00 | 0.00 | 0.00 |
| 152S-2 | Empire LaSalle LLC | 2,060,241.00 | 0.00 | 0.00 | 0.00 |
| 154S | US Bank NA | 10,500.00 | 0.00 | 0.00 | 0.00 |
| 158S | The Bank of New York Mellon Trust Company, NA | 251,162.21 | 251,162.21 | 251,162.21 | 0.00 |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                         $      205,100.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 52,889.73 | 0.00 | 52,889.73 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 232.93 | 0.00 | 232.93 |
| Attorney for Trustee, Fees - COOCH AND TAYLOR, P.A. | 89,054.86 | 89,054.86 | 0.00 |
| Attorney for Trustee, Expenses - COOCH AND TAYLOR, P.A. | 2,275.85 | 2,275.85 | 0.00 |
| Accountant for Trustee, Fees - MASTER SIDLOW & ASSOCIATES, P.A.. | 10,226.17 | 0.00 | 10,226.17 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Charges, U.S. Bankruptcy Court | 6,300.00 | 0.00 | 6,300.00 |
| Other Expenses: COOCH AND TAYLOR, P.A. | 240.00 | 240.00 | 0.00 |
| Attorney for Trustee Fees - COZEN O' CONNOR | 363,487.30 | 363,487.30 | 0.00 |
| Attorney for Trustee Fees - YOUNG CONAWAY STARGATT AND TAYLOR, LLP | 5,241.28 | 4,188.77 | 1,052.51 |
| Attorney for Trustee Expenses - COZEN O' CONNOR | 6,826.07 | 6,808.03 | 18.04 |
| Attorney for Trustee Expenses - YOUNG CONAWAY STARGATT AND TAYLOR, LLP | 907.35 | 865.14 | 42.21 |
| Other Expenses: INTERNATIONAL SURETIES LTD. | 1,783.05 | 1,783.05 | 0.00 |
| Other Expenses: PAYCHEX OF NEW YORK LLC | 1,931.45 | 1,931.45 | 0.00 |
| Other Expenses: TERREMARK NORTH AMERICA LLC | 17,192.46 | 17,192.46 | 0.00 |
| Other Expenses: Terremark, a Verizon Company (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| Other Expenses: VERIZON COMMUNICATIONS INC. | 5,279.97 | 5,279.97 | 0.00 |
| Other Expenses: Verizon Communications Inc. (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:      $          70,761.59
Remaining balance:      $          134,339.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $          0.00
Remaining balance:      $          134,339.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,261,013.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 58,731.78 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 13,735.62 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 40,544.72 | 0.00 | 0.00 |
| 2P | MICHAEL D FOX | 11,725.00 | 0.00 | 1,662.78 |
| 3P | JOSEPH MIRABELLO V | 11,725.00 | 0.00 | 1,662.78 |

**UST Form 101-7-NFR (10/1/2010)**

| 4 | COLLEEN NACHTRIEB | 3,549.36 | 0.00 | 503.37 |
| 5 | JOAN PIRRAGLIA | 6,150.00 | 0.00 | 872.17 |
| 6 | GLEN PRYER | 11,398.00 | 0.00 | 1,616.42 |
| 7P | PAUL M SIEGEL | 11,725.00 | 0.00 | 1,662.78 |
| 9 | CARLOS DOMINGUEZ | 11,016.35 | 0.00 | 1,562.28 |
| 10P | BRIAN KNOTH | 11,725.00 | 0.00 | 1,662.78 |
| 11 | ALEXANDER WEISSMAN | 8,166.31 | 0.00 | 1,158.11 |
| 12P | TRAVIS MCGEATHY | 8,138.55 | 0.00 | 1,154.18 |
| 14P | ALEXANDER MICHAEL RICHARD BERTIE | 11,725.00 | 0.00 | 1,662.77 |
| 17P | MINOH KIM | 11,725.00 | 0.00 | 1,662.77 |
| 18 | JOSEPHINE POTAMUS DOGGETT | 11,549.59 | 0.00 | 1,637.90 |
| 19 | CHARLES DANE | 7,746.49 | 0.00 | 1,098.57 |
| 21P | JASON M ROBERTS | 8,161.09 | 0.00 | 1,157.36 |
| 22 | Nicholas Lance | 4,756.31 | 0.00 | 674.51 |
| 23P | IAN PILIPSKI | 11,725.00 | 0.00 | 1,662.77 |
| 25 | JEFFREY W LEE | 2,028.21 | 0.00 | 287.63 |
| 27 | JOHN BOOMERSHINE | 4,563.46 | 0.00 | 647.16 |
| 28P | Brian Labore | 11,242.67 | 0.00 | 1,594.37 |
| 30 -2 | DANIEL BEAULIEU | 1,992.44 | 0.00 | 282.56 |
| 31 | Sam Lantinga | 10,054.86 | 0.00 | 1,425.93 |
| 32 | R.I. Division of Taxation | 1,600.00 | 0.00 | 0.00 |
| 33 | ALEXANDER RICHARD MAY | 3,427.64 | 0.00 | 486.10 |
| 34 -2 | JOSHUA BJORNSON | 2,000.00 | 0.00 | 283.63 |
| 35 | CHRISTOPHER CLARK | 6,191.60 | 0.00 | 878.06 |
| 36 | JOHN LOREN | 4,169.88 | 0.00 | 591.35 |
| 37P | ANDREW DOBBS | 2,812.50 | 0.00 | 398.85 |
| 38P | ADRIANO G. ANTONIO | 11,725.00 | 0.00 | 1,662.77 |
| 39 | JEFFREY WESEVICH | 10,916.71 | 0.00 | 1,548.15 |
| 41 -2 | JENNIE BRUMMER-BLOCHER | 9,593.27 | 0.00 | 1,360.47 |
| 43 | DAVID GOSSELIN | 7,188.61 | 0.00 | 1,019.46 |
| 44 | Elyse A. Bromser-Kloeden | 2,800.30 | 0.00 | 397.13 |
| 45P | ERIC VALENTINE | 11,725.00 | 0.00 | 1,662.77 |

**UST Form 101-7-NFR (10/1/2010)**

| 46 | LISA FLECK | 3,583.24 | 0.00 | 508.16 |
|---|---|---|---|---|
| 49 | Hilda L. Solis,Secretary of Labor | 0.00 | 0.00 | 0.00 |
| 51P | JASON ARMSTRONG | 11,725.00 | 0.00 | 1,662.77 |
| 53P | RYAN K SHWAYDER | 7,883.12 | 0.00 | 1,117.94 |
| 55 | CORY ROBERT TURNER | 3,800.00 | 0.00 | 538.89 |
| 56P | STEVEN GARGOLINSKI | 9,279.45 | 0.00 | 1,315.96 |
| 57P | R.I. Division of Taxation | 1,643.86 | 0.00 | 0.00 |
| 58 | JOSEPH EVELER | 11,725.00 | 0.00 | 1,662.77 |
| 61P | BEN L COELLO | 6,541.82 | 0.00 | 927.73 |
| 64 | Martin Stoltz | 0.00 | 0.00 | 0.00 |
| 68 -2 | EDDIE MUNOZ | 2,028.21 | 0.00 | 287.63 |
| 69 | MICHAEL MCWILLIAMS | 4,750.00 | 0.00 | 673.62 |
| 70P | MICHAEL LEONCAVALLO | 4,791.32 | 0.00 | 679.49 |
| 71 | TREVER CHAPIN | 4,399.70 | 0.00 | 623.94 |
| 72 | WILLIAM MUELLER | 4,500.00 | 0.00 | 638.17 |
| 73 | GRAHAM BABBITT | 4,056.41 | 0.00 | 575.26 |
| 74 | Guy Benjamin Standen | 5,480.00 | 0.00 | 777.14 |
| 75 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 75 -2 | Department of the Treasury | 7,883.63 | 0.00 | 0.00 |
| 76 | Department of the Treasury | 189,587.46 | 0.00 | 0.00 |
| 77 | ALEASHA FORD | 2,831.48 | 0.00 | 401.55 |
| 78 | JOSEPH LEE | 9,225.01 | 0.00 | 1,308.24 |
| 79 | Justin Wheelock | 4,203.69 | 0.00 | 596.14 |
| 80 | VOLT WORKFORCE SOLUTIONS | 0.00 | 0.00 | 0.00 |
| 82 | JACK J JOSEPH III | 7,255.91 | 0.00 | 1,029.00 |
| 84 | KRISTIAN DAVILA | 9,920.37 | 0.00 | 1,406.85 |
| 86 | WILLIAM CHADWICK HAMLET | 9,554.20 | 0.00 | 1,354.93 |
| 87 | GERRITT TURNER | 3,620.09 | 0.00 | 513.37 |
| 89 | SCOTT EDELSTEIN | 7,223.66 | 0.00 | 1,024.41 |
| 91 | Kevin Michael Johnson | 3,586.96 | 0.00 | 508.69 |
| 92 | DAMARCUS HOLBROOK | 9,254.13 | 0.00 | 1,312.37 |
| 93 | WYATT RYAN GLENN | 2,800.00 | 0.00 | 397.09 |
| 94P | ZACHARY LUTE | 4,816.98 | 0.00 | 683.12 |

**UST Form 101-7-NFR (10/1/2010)**

| 95P | JOSEPH MOLINARIO | 11,538.00 | 0.00 | 1,636.27 |
|---|---|---|---|---|
| 97P | JOSHUA WATSON | 11,725.00 | 0.00 | 1,662.77 |
| 98P | ERIK M THEISZ | 5,643.47 | 0.00 | 800.32 |
| 99P | MARCEL M. ANDRY-BOURGEOIS | 9,158.56 | 0.00 | 1,298.82 |
| 100 | MICHAEL BREAULT | 8,355.00 | 0.00 | 1,184.86 |
| 101P | Judd Roy | 5,348.60 | 0.00 | 758.51 |
| 102P | GIANA VAN NICE | 11,725.00 | 0.00 | 1,662.77 |
| 103 | JUSTIN ZAWISLAK | 2,307.69 | 0.00 | 327.27 |
| 104 | PRESTON ROBERTS | 3,549.35 | 0.00 | 503.36 |
| 105 | Nicholas Howe | 9,720.21 | 0.00 | 1,378.46 |
| 107P | RONALD CURCIO | 11,725.00 | 0.00 | 1,662.77 |
| 108 | JOHN ROTONDO | 11,387.83 | 0.00 | 1,614.97 |
| 109 | DYLAN MASSON | 4,867.69 | 0.00 | 690.31 |
| 110 | Bryan Salvatore | 6,287.35 | 0.00 | 891.64 |
| 113P | SHANE WIRTH BARBER | 4,425.04 | 0.00 | 627.54 |
| 114 | Steven Michael Danuser | 5,813.83 | 0.00 | 824.49 |
| 115 | Jason B Garland | 6,897.24 | 0.00 | 978.13 |
| 116 | Crosby Bain | 6,012.00 | 0.00 | 852.59 |
| 117P | KARI ELIZABETH SUTHERLAND | 0.00 | 0.00 | 0.00 |
| 118P | JAMES B FRANKS | 10,968.31 | 0.00 | 1,555.46 |
| 119 | Brian K. Hughes | 9,576.16 | 0.00 | 1,358.04 |
| 121 | DONALD W BREWER | 3,324.35 | 0.00 | 471.45 |
| 122 | PATSY BREWER | 3,115.35 | 0.00 | 441.81 |
| 123 | Clancy Powell | 2,940.90 | 0.00 | 417.06 |
| 124P | SHANNON ERIC DENTON | 7,414.08 | 0.00 | 1,051.43 |
| 125 | COURTNEY CALABRESE | 8,652.16 | 0.00 | 1,227.00 |
| 126 | TIMOTHY WILSON | 0.00 | 0.00 | 0.00 |
| 128 | Richard Winter | 9,371.00 | 0.00 | 1,328.94 |
| 129 | ACRO SERVICE CORPORATION | 0.00 | 0.00 | 0.00 |
| 129 -2 | ACRO SERVICE CORPORATION | 95,746.31 | 0.00 | 13,578.30 |
| 134 | Andrew Johnson | 10,009.33 | 0.00 | 1,419.47 |
| 135P | NIRAJ R DESAI | 9,894.49 | 0.00 | 1,403.19 |
| 137 | MORGAN BROWN | 6,088.09 | 0.00 | 863.38 |

| 141P | BRENT LADUE | 3,042.31 | 0.00 | 431.45 |
|---|---|---|---|---|
| 142 | Kindra Haugen | 2,129.62 | 0.00 | 302.01 |
| 143P | Eric Tjader | 5,233.46 | 0.00 | 742.18 |
| 144P | Mark Hernandez | 2,199.89 | 0.00 | 311.98 |
| 146P | THOMAS JOSEPH CASSERA | 4,361.17 | 0.00 | 618.49 |
| 148P | Michael Handverger | 10,574.19 | 0.00 | 1,499.57 |
| 149 | Elyse Bromser-Kloeden | 2,129.62 | 0.00 | 302.01 |
| 153 | BENJAMIN CICHOSKI | 5,145.10 | 0.00 | 729.65 |
| 155 | Eric Fredrick Dietsch | 5,831.09 | 0.00 | 826.94 |
| 156 | JEFFREY A EASLEY | 9,855.25 | 0.00 | 1,397.62 |
| 159 | DARRIN DRADER | 3,112.40 | 0.00 | 441.38 |
| 160 | Brian Brockett | 0.00 | 0.00 | 0.00 |
| 160 -3 | BRIAN BROCKETT | 6,458.19 | 0.00 | 915.86 |
| 161P | VACHON PUGH | 1,428.00 | 0.00 | 202.52 |
| 162 | GARY LYNN ASTLEFORD, JR. | 3,141.29 | 0.00 | 445.49 |
| 163 | Harley Huggins | 0.00 | 0.00 | 0.00 |
| 163 -3 | Harley Huggins | 10,141.02 | 0.00 | 1,438.14 |
| 164 | JUDE BEERS | 7,950.00 | 0.00 | 1,127.42 |
| 165 | BRIAN EDDY MCNETT | 5,841.48 | 0.00 | 828.40 |
| 167 | Hugh Shelton | 5,293.92 | 0.00 | 750.77 |
| 168 | JASON TWINING | 4,145.45 | 0.00 | 587.89 |
| 169P | Philippe Kirsanov | 11,725.00 | 0.00 | 1,662.77 |
| 170 | SHAUNA TIERNEY | 2,788.79 | 0.00 | 395.49 |
| 171P | JAMES MCCLURE | 7,305.97 | 0.00 | 1,036.09 |
| 172P | Billy Mac Ahlswede | 11,725.00 | 0.00 | 1,662.77 |
| 173P | PEDRO LUIS ARROYO | 11,725.00 | 0.00 | 1,662.77 |
| 182 | BRIAN MOTISKO | 5,720.38 | 0.00 | 811.23 |
| 186 | JAYME FIGUEROA | 4,262.16 | 0.00 | 604.43 |
| 29-2P | SUNG K KIM | 11,725.00 | 0.00 | 1,662.77 |
| 62-2P | Andrew J. Thompson | 7,655.60 | 0.00 | 1,085.67 |
| 81-2P | EDMUND DUER | 6,323.76 | 0.00 | 896.80 |
| 90-2P | Aaron Carlson | 11,725.00 | 0.00 | 1,662.77 |
| 111-2P | NELLIE HUGHES | 3,989.82 | 0.00 | 565.81 |

**UST Form 101-7-NFR (10/1/2010)**

| 117-3P | KARI ELIZABETH SUTHERLAND | 11,725.00 | 0.00 | 1,662.77 |
| 126-3P | TIMOTHY WILSON | 3,314.52 | 0.00 | 470.05 |

|  |  | Total to be paid for priority claims: | $ | 134,339.26 |
|  |  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 116,149,828.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 11,514.08 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 7,666.83 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 23,977.57 | 0.00 | 0.00 |
| 1 | FOX ROTHSCHILD LLP | 5,887.37 | 0.00 | 0.00 |
| 2U | MICHAEL D FOX | 2,047.49 | 0.00 | 0.00 |
| 3U | JOSEPH MIRABELLO V | 2,699.39 | 0.00 | 0.00 |
| 7U | PAUL M SIEGEL | 598.34 | 0.00 | 0.00 |
| 8 | ORCHARD PARTNERS, INC. | 3,250.00 | 0.00 | 0.00 |
| 10U | BRIAN KNOTH | 368.00 | 0.00 | 0.00 |
| 12U | TRAVIS MCGEATHY | 6,389.75 | 0.00 | 0.00 |
| 13 | American Broadcasting Company | 59,999.80 | 0.00 | 0.00 |
| 14U | ALEX BERTIE | 190.71 | 0.00 | 0.00 |
| 15 | WATERFRESH | 770.40 | 0.00 | 0.00 |
| 16 | AFCO | 52,466.03 | 0.00 | 0.00 |
| 17U | MINOH KIM | 7,529.30 | 0.00 | 0.00 |
| 20 | NEWS BROADCAST NETWORK, INC. | 7,600.00 | 0.00 | 0.00 |
| 21U | JASON M ROBERTS | 6,500.75 | 0.00 | 0.00 |
| 23U | IAN PILIPSKI | 3,982.00 | 0.00 | 0.00 |
| 24 | WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & | 36,197.00 | 0.00 | 0.00 |
| 26 | ROBERT M KUHN | 1,125.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 28U | Brian Labore | 4,201.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 29 | SUNG K KIM | 0.00 | 0.00 | 0.00 |
| 30 | DANIEL BEAULIEU | 0.00 | 0.00 | 0.00 |
| 34 | JOSHUA BJORNSON | 0.00 | 0.00 | 0.00 |
| 37U | ANDREW DOBBS | 2,307.75 | 0.00 | 0.00 |
| 38U | ADRIANO g. ANTONIO | 4,148.57 | 0.00 | 0.00 |
| 40 | DEIRDRE B WILLIAMS | 3,705.45 | 0.00 | 0.00 |
| 41 | JENNIE BRUMMER-BLOCHER | 0.00 | 0.00 | 0.00 |
| 42 | RBS Citizens | 346,628.34 | 0.00 | 0.00 |
| 45U | ERIC VALENTINE | 1,175.00 | 0.00 | 0.00 |
| 47 | IBM CORPORATION | 61,864.57 | 0.00 | 0.00 |
| 48 | Blue Cross & Blue Shield of Rhode Island | 431,678.85 | 0.00 | 0.00 |
| 50 | Solters, LTD | 75,000.00 | 0.00 | 0.00 |
| 51U | Jason Armstrong | 7,394.73 | 0.00 | 0.00 |
| 52 | PATTISHALL MCAULIFFE | 17,000.00 | 0.00 | 0.00 |
| 53U | RYAN K SHWAYDER | 91.55 | 0.00 | 0.00 |
| 54 | Office Depot | 2,384.37 | 0.00 | 0.00 |
| 56U | Steven Gargolinski | 3,096.45 | 0.00 | 0.00 |
| 57U | R.I. Division of Taxation | 4,272.01 | 0.00 | 0.00 |
| 59 | G-NET MEDIA INC | 18,790.00 | 0.00 | 0.00 |
| 60 | JAYME FIGUEROA | 0.00 | 0.00 | 0.00 |
| 61U | BEN L COELLO | 1,475.84 | 0.00 | 0.00 |
| 62 | Andrew J. Thompson | 0.00 | 0.00 | 0.00 |
| 63 | United Parcel Service | 289.28 | 0.00 | 0.00 |
| 65 | R.A. Salvatore | 1,878,554.28 | 0.00 | 0.00 |
| 66 | PAR 4 TECHNOLOGY GROUP | 686,414.50 | 0.00 | 0.00 |
| 67 | Konica Minolta | 5,875.00 | 0.00 | 0.00 |
| 68 | Eddie Munoz | 0.00 | 0.00 | 0.00 |
| 70U | MICHAEL LEONCAVALLO | 863.29 | 0.00 | 0.00 |
| 80 -2 | VOLT WORKFORCE SOLUTIONS | 44,691.53 | 0.00 | 0.00 |
| 81 | EDMUND DUER | 0.00 | 0.00 | 0.00 |
| 83 | Donya Labs AB | 40,000.00 | 0.00 | 0.00 |
| 85 | Regency Plaza, LLC | 5,075.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 88 | LEIGHTON COMMUNICATIONS | 35,863.88 | 0.00 | 0.00 |
|---|---|---|---|---|
| 90 | Aaron Carlson | 0.00 | 0.00 | 0.00 |
| 94U | ZACHARY LUTE | 3,469.32 | 0.00 | 0.00 |
| 95U | JOSEPH MOLINARIO | 133,332.00 | 0.00 | 0.00 |
| 96 | SANSIVERI, KIMBALL & CO., LLP | 16,000.00 | 0.00 | 0.00 |
| 97U | JOSHUA WATSON | 568.00 | 0.00 | 0.00 |
| 98U | ERIK M THEISZ | 7,999.00 | 0.00 | 0.00 |
| 99U | MARCEL M. ANDRY-BOURGEOIS | 2,879.42 | 0.00 | 0.00 |
| 101U | Judd Roy | 732.60 | 0.00 | 0.00 |
| 102U | GIANA VAN NICE | 526.17 | 0.00 | 0.00 |
| 106 | ENTERTAINMENT SOFTWARE ASSOCIATION | 147,858.00 | 0.00 | 0.00 |
| 107U | RONALD CURCIO | 1,175.00 | 0.00 | 0.00 |
| 111 | NELLIE HUGHES | 0.00 | 0.00 | 0.00 |
| 112 | G.W. PREISS AND SON, LLC | 12,567.90 | 0.00 | 0.00 |
| 113U | SHANE WIRTH BARBER | 5,061.69 | 0.00 | 0.00 |
| 117 -2 | KARI ELIZABETH SUTHERLAND | 0.00 | 0.00 | 0.00 |
| 118U | JAMES B FRANKS | 600.00 | 0.00 | 0.00 |
| 120 | GIRVIN, INC | 28,254.80 | 0.00 | 0.00 |
| 124U | SHANNON ERIC DENTON | 2,024.88 | 0.00 | 0.00 |
| 126 -2 | TIMOTHY WILSON | 0.00 | 0.00 | 0.00 |
| 127 | WB Mason Co Inc. | 358.45 | 0.00 | 0.00 |
| 130 | Verizon Communications, Inc. | 44,909.02 | 0.00 | 0.00 |
| 132 | PREUSSER, KARL JEFFREY | 15,000.00 | 0.00 | 0.00 |
| 133 | NAPPA CONSTRUCTION MGMT, LLC | 445,734.84 | 0.00 | 0.00 |
| 135U | NIRAJ R DESAI | 2,264.26 | 0.00 | 0.00 |
| 136 | Orcale America, Inc. | 570,897.58 | 0.00 | 0.00 |
| 138 | APOLLO SECURITY | 73,980.00 | 0.00 | 0.00 |
| 139 | RBS Citizens, N.A. | 2,414,512.63 | 0.00 | 0.00 |
| 140 | Terremark, a Verizon Company | 0.00 | 0.00 | 0.00 |
| 140 -2 | Terremark, a Verizon Company | 222,491.33 | 0.00 | 0.00 |
| 141U | BRENT LADUE | 2,552.34 | 0.00 | 0.00 |
| 143U | Eric Tjader | 1,928.95 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 144U | Mark Hernandez | 2,189.53 | 0.00 | 0.00 |
|---|---|---|---|---|
| 145 | Les D Nelken | 8,223.11 | 0.00 | 0.00 |
| 146U | THOMAS JOSEPH CASSERA | 822.35 | 0.00 | 0.00 |
| 147 | Verizon Wireless | 351.82 | 0.00 | 0.00 |
| 148U | Michael Handverger | 1,640.58 | 0.00 | 0.00 |
| 150 | FOLEY HOAG LLP | 272,962.95 | 0.00 | 0.00 |
| 151 | PRICEWATERHOUSECOOPERS LLP | 73,267.00 | 0.00 | 0.00 |
| 152U | Empire LaSalle LLC | 0.00 | 0.00 | 0.00 |
| 152U-2 | Empire LaSalle LLC | 7,238,891.00 | 0.00 | 0.00 |
| 158U | The Bank of New York Mellon Trust Company, NA | 99,901,192.35 | 0.00 | 0.00 |
| 160 -2 | Brian Brockett | 0.00 | 0.00 | 0.00 |
| 181 | PRI I, LP | 2,745.90 | 0.00 | 0.00 |
| 29-2U | SUNG K KIM | 1,493.13 | 0.00 | 0.00 |
| 62-2U | Andrew J. Thompson | 2,344.30 | 0.00 | 0.00 |
| 81-2U | EDMUND DUER | 2,377.56 | 0.00 | 0.00 |
| 90-2U | Aaron Carlson | 545,039.00 | 0.00 | 0.00 |
| 111-2U | NELLIE HUGHES | 6,601.07 | 0.00 | 0.00 |
| 117-3U | KARI ELIZABETH SUTHERLAND | 6,494.60 | 0.00 | 0.00 |
| 126-3U | TIMOTHY WILSON | 615.85 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:       $                    0.00

Remaining balance:       $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,676,970.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 154U | US Bank NA | 0.00 | 0.00 | 0.00 |
| 157 | JEFFREY D MURCHIE | 13,019.00 | 0.00 | 0.00 |
| 161U | VACHON PUGH | 1,235.83 | 0.00 | 0.00 |
| 163 -2 | Harley Huggins | 0.00 | 0.00 | 0.00 |
| 166 | Stephen Santarpia | 1,740.20 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 169U | Philippe Kirsanov | 5,052.26 | 0.00 | 0.00 |
| 171U | JAMES MCCLURE | 3,745.42 | 0.00 | 0.00 |
| 172U | Billy Mac Ahlswede | 2,043.00 | 0.00 | 0.00 |
| 173U | PEDRO LUIS ARROYO | 4,373.81 | 0.00 | 0.00 |
| 174 | NFS LEASING | 1,271,458.94 | 0.00 | 0.00 |
| 175 | IBM Corporation | 13,800.00 | 0.00 | 0.00 |
| 176 | Chubb & Son, Inc. | 20,748.23 | 0.00 | 0.00 |
| 177 | Terremark, a Verizon Company | 175,720.00 | 0.00 | 0.00 |
| 179 | US Bank NA | 67,075.25 | 0.00 | 0.00 |
| 180 | LinkedIn | 21,210.00 | 0.00 | 0.00 |
| 184 | NPD Intelect L.L.C. | 47,045.25 | 0.00 | 0.00 |
| 185 | Oracle America, Inc. | 30,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/JEOFFREY L. BURTCH, TRUSTEE
                        Trustee

JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE  19899-0549
(302) 472-7424


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**